**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 18-22533-KMW**

DIEGO J. JIMENEZ,

      Plaintiff,

vs.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTION, *et al.*

      Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 21) ("Report") on Petitioner's Petition for writ of habeas corpus under 28 U.S.C. § 2254 (DE 1). Petitioner filed objections to the Report ("Objections"). (DE 24; DE 25). Upon an independent review of the Report, the Objections, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The conclusions in the Report (DE 21) are **AFFIRMED AND ADOPTED**.

2. The Petition for writ of habeas corpus under 28 U.S.C. § 2254 (DE 1) is **DENIED**.

3. This action is **DISMISSED**.

4. No certificate of appealability shall issue.

5. All pending motions are **DENIED AS MOOT**.

6. The Clerk is directed to **CLOSE** this case.

      **DONE AND ORDERED** in Chambers in Miami, Florida, this <u>15th</u> day of December, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:
Diego J. Jimenez
M43488
Charlotte Correctional Institution
Inmate Mail / Parcels
33123 Oil Well Road
Punta Gorda, FL 33955

2